JENKINS v. RICHMOND COUNTY

No. 188P95

Case below: 118 N.C.App. 166

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

JOHNS v. AUTOMOBILE CLUB INS. CO.

No. 192P95

Case below: 118 N.C.App. 424

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

McGAHREN v. SAENGER

No. 213P95

Case below: 118 N.C.App. 649

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995. Notice of appeal by plaintiffs pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 27 July 1995. Petition by plaintiffs for discretionary review pursuant to 7A-31 denied 27 July 1995.

MELTON v. CITY OF ROCKY MOUNT

No. 173P95

Case below: 118 N.C.App. 249

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

NATIONSBANK OF NORTH CAROLINA v. BROWN

No. 214P95

Case below: 118 N.C.App. 576

Motion by defendants to withdraw petition for discretionary review allowed 21 July 1995.